IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG ALEXANDER, | Civil Action No. 26-CV-188 |
| Plaintiff, | |
| v. | (Judge Horan) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**CERTIFICATE OF SERVICE FOR: (1) TEMPORARY RESTRAINING ORDER, AND (2) NOTICE OF SHOW CAUSE HEARING**

I, Stanley D. Ference III, hereby certify as follows:

1.      I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.      I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3.      I am an attorney for the Plaintiff in the above-captioned case.

4.      As of March 4, 2026, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, Discovery, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com.

5.      On that March 4, 2026, Plaintiff attempted to accomplish alternative service of "all papers of record" on all the Defendants.

- 2 -

6.    As of March 4, 2026, all Defendants were confirmed served.

Executed this 27th of March, 2026, at Pittsburgh, Pennsylvania.


/s/Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff